UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOEIN KHALID FARAH HAMAD ELZUBEIR,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); DIRECTOR OF USCIS, in official capacity; DIRECTOR OF THE USCIS NEW YORK FIELD OFFICE, in individual capacity,

Defendants.

26-CV-8363 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's emergency motion for a temporary restraining order is DENIED. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Plaintiff fails to show a likelihood of success on his unreasonable delay claim, given that his application has only been pending for ten days. And he also fails to show that the balance of equities favor relief, since he offers no explanation for his delay in filing the visa application. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 5.

SO ORDERED.

Dated: September 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge